

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>TENERE C. ROBERTSON AKA TENERE C.K. ROBERTSON<br>    Debtor | BCN#: 18-22552<br><br>Chapter: 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>and its assignees and/or<br>successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>TENERE C. ROBERTSON AKA TENERE C.K. ROBERTSON<br>    Debtor<br>and<br>GEORGE W. LIEBMANN<br>    Trustee<br>    Respondents | |

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it

S&B# 17-265383

to exercise its rights under state law as to a property with the address of 4207 W Rogers Ave, Baltimore, MD 21215, and recorded among the Land Records of the CITY OF BALTIMORE, Maryland in Book 14809 at Page 023.  Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:


/s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300

S&B# 17-265383

Copies are to be sent to:

| | | |
|---|---|---|
| 1. | SHAPIRO & BROWN, LLP<br>10021 BALLS FORD ROAD, SUITE 200<br>MANASSAS, VA 20109 | |
| 2. | Tenere C. Robertson aka Tenere C.K. Robertson<br>4207 W. Rogers Ave.<br>Baltimore, MD 21215 | Debtor(s) |
| 3. | GEORGE W. LIEBMANN<br>8 W. HAMILTON STREET<br>BALTIMORE, MD 21201 | Trustee |
| 4. | Jeffrey M. Sirody<br>Jeffery M. Sirody and Associates, P.A.<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208 | Debtor's Attorney |

**END OF ORDER**

S&B# 17-265383