# GEORGE W. LIEBMANN, P. A.

## ATTORNEYS AT LAW

8 WEST HAMILTON STREET
BALTIMORE, MARYLAND 21201

GEORGE W. LIEBMANN, ESQ.GLIEBMANN@LSPA.COMCASTBIZ.NET

January 4, 2019

U.S. Bankruptcy Court for
the District of Maryland
Garmatz Federal Courthouse, Rm. 8350
101 West Lombard Street Baltimore,
MD 21201

  Re: In re: Tenere Robertson
     Bankr. Case No. 18-22522

Dear Mr. Clerk:

 The above referenced case(s) in which Iserve as Chapter 7 Trustee has been determined to be an asset case. Please send the appropriate notice to creditors to file claims and establishing a bar date of the filing of claims. Thank you.

            Very truly yours,

            */s/ George Liebmann*
            George Liebmann